IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| S.D.B.B., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:25-cv-882 |
| | ) | |
| TERRY S. JOHNSON, in his official | ) | |
| capacity as Sheriff, Alamance County; | ) | |
| MAJOR STEVEN YOUNG, WARDEN, Alamance | ) | |
| County Detention Facility; TODD LYONS, | ) | |
| in his official capacity as Acting | ) | |
| Director of Immigration and Customs | ) | |
| Enforcement; KRISTI NOEM, Secretary of | ) | |
| Homeland Security; and PAMELA BONDI, | ) | |
| United States Attorney General, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On September 27, 2025, counsel for Petitioner filed a petition for a writ of habeas corpus (the "Petition") asserting that Petitioner is being detained unlawfully by United States Immigration and Customs Enforcement in violation of his rights. (See generally Doc. 1.) Counsel for Petitioner subsequently filed an emergency motion for a temporary restraining order on October 1, 2025, seeking Petitioner's immediate release. (Doc. 2 at 3.)

The court held a hearing on this matter at 4:00 p.m. on October 1, 2025. Assistant United States Attorney Lynne Klauer appeared for federal Respondents at the hearing. Ms. Klauer indicated that Respondents desired and intended to file a response

to Petitioner's filings, but did not indicate how long it would take to do so.

The court's research has determined that the issues in this case appear to have recently been raised in multiple courts throughout the country. See generally, e.g., Chiliquinga Yumbillo v. Stamper, 25-cv-00479, 2025 WL 2783642 (D. Me. Sept. 30, 2025); J.U. v. Maldonado, 25-CV-04836, 2025 WL 2772765 (E.D.N.Y. Sept. 29, 2025); Romero-Nolasco v. McDonald, 25-cv-12492, 2025 WL 2778036 (D. Mass. Sept. 29, 2025); Valencia Zapata v. Kaiser, No. 25-cv-07492, 2025 WL 2741654 (N.D. Cal. Sept. 26, 2025); Hasan v. Crawford, 25-cv-1408, 2025 WL 2682255 (E.D. Va. Sept. 19, 2025). Because of the frequency with which these issues have already been presented and the rapidly developing circumstances surrounding Petitioner's detention, the court will order that Respondents file any response to Petitioner's emergency motion for temporary restraining order by 5:00 p.m. on October 3, 2025.

IT IS THEREFORE ORDERED that Respondents file any response to Petitioner's emergency motion for a temporary restraining order by 5:00 p.m. on October 3, 2025.

    /s/   Thomas D. Schroeder
United States District Judge

October 2, 2025